

# METHFESSEL & WERBEL
*A Professional Corporation*

> **Application GRANTED.** The conference scheduled for November 4, 2022 shall be adjourned to **December 2, 2022** at 11:00 a.m. The deadline to file submissions as set forth in the Court's September 28, 2022 Order, shall be adjourned to **November 23, 2022**. SO ORDERED
>
> Dated: November 2, 2022
> New York, New York
>
> *Jennifer L. Rochon*
> JENNIFER L. ROCHON
> United States District Judge

| | Counsel | Associates, Cont'd |
|---|---|---|
| JOEL N. WERBEL> | ADAM M. CARMAN+^ | ALLISON M. KOENKE> |
| JOHN METHFESSEL, JR.> | SARAH K. DELAHANT+ | KYLE A. LIVINGSTONE+ |
| FREDRIC PAUL GALLIN*+^ | SHAJI M. EAPEN+ | ANTHONY J. MANCUSO> |
| WILLIAM S. BLOOM>* | JAMES FOXEN^ | CHRISTEN E. MCCULLOUGH^ |
| ERIC L. HARRISON*+ | ANGELA M. GURRERA> | KAJAL J. PATEL+ |
| MATTHEW A. WERBEL> | GERALD KAPLAN> | ADAM M. SCHWARTZ+ |
| LORI BROWN STERNBACK*+ | JARED P. KINGSLEY*+ | SARAH E. SHEPP+ |
| I. BLAKELEY JOHNSTONE,III+* | JOHN R. KNODEL*+ | STEVEN A. UNTERBURGER+ |
| GINA M. STANZIALE> | LESLIE A. KOCH= | LEVI E. UPDYKE+^ |
| PAUL J. ENDLER JR.> | CHARLES T. MCCOOK, JR.*> | |
| JAMES P. CULLEN, JR.=^ | MARC G. MUCCIOLO> | * Certified by the Supreme Court of |
| | MICHAEL L. LOMBARDI< | New Jersey as a Civil Trial Attorney |
| Of Counsel | RICHARD A. NELKE~ | +Member of NY & NJ Bar |
| STEPHEN R. KATZMAN# | STEVEN K. PARNESS+ | ^Member of PA & NJ Bar |
| ED THORNTON> | RAINA M. PITTS^ | ^Member of NY Bar only |
| | AMANDA J. SAWYER^ | >Member of NJ Bar only |
| Retired | JARED S. SCHURE> | #Member of NJ & LA. Bar |
| JOHN METHFESSEL, SR.> | | <Member of NJ & DC Bar |
| (1935-2017) | Associates | <Member of NJ, NY & CA Bar |
| DON CROWLEY*+ | JILLIAN T. CLARK> | >Member of NJ, PA & DC Bar |
| MARC DEMBLING*+ | EDWARD D. DEMBLING> | ~Member of NY, NJ & DC Bar |
| (1944-2022) | MICHAEL R. EATROFF> | =Member of NY, NJ & MA Bar |
| | ANGEL M. HIERREZUELO> | |
| | ANDREW S. KARLBON> | **Please reply to New Jersey** |
| | FRANK J. KEENAN+^ | |
| | SCOTT KETTERER> | |

November 2, 2022

VIA ECOURTS FILING
Clerk, New York City Civil Court
111 Centre Street
New York, NY 10013

RE: **ARGONAUT A/S/O ALVAREZ ASSOCIATES VS. RYAN**
    Our File No.    : 91262 JPC
    Docket No.      : 1:22-CV-08200

Dear Sir/Madam:

Plaintiff has filed a complaint and effectuated service. No answer has been received. Plaintiff has been contacted by counsel representing defendant. Counsel is copied on this ECF filing by email.

Based on these communications, plaintiff understands that defendant does not have any insurance, and the parties are working through dismissal discussions.

Wherefore, plaintiff respectfully requests the conference be adjourned for 30 days to be rescheduled at the Court's convenience if a dismissal

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

*James P. Cullen*

James P. Cullen, Jr.
cullen@methwerb.com
Ext. 205

JPC:alj

---

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 91262 JPC
Page 2

  cc:  <u>VIA EMAIL: natraj@turturrolawpc.com</u>
       Natraj S. Shushan, Esq.
       Turturro Law, P.C.
       1602 McDonald Avenue
       Brooklyn, NY 11230
       *Attorneys for Defendant, Michael Ryan*